UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80096-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

         Plaintiff,

vs.

VERONICA VASQUEZ,

         Defendant.     /

FILED by ____ D.C.
DEC 2 8 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## *REPORT AND RECOMMENDATION*

**THIS CAUSE** came before the Court on December 28, 2011, for a final hearing on the Petition on alleged violation of supervised release. The defendant is charged with violation of her supervised release:

1. Violation of Mandatory Condition, by failing to refrain from a violation of the law.

On or about October 18, 2011, the defendant committed the offense of Retail theft, contrary to Florida Statute 812.015, in Indian River County, Florida.

The Defendant consulted with counsel and admitted to violating the condition of supervised release. The Court found that the Defendant voluntarily and knowingly admitted to the violation of her supervised release. Based upon this finding, this Court recommends to the District Court that **VERONICA VASQUEZ** be found in violation of **her supervised release** and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B)and (C), the parties shall serve and file written objections, if any, with the Honorable Daniel T.K. Hurley, United States District Judge within fourteen (14) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 28th day of December, 2011.

                                                        **LINNEA R. JOHNSON**
                                                        **UNITED STATES MAGISTRATE JUDGE**

c:    The Honorable Daniel T.K. Hurley
      Lothrop Morris, AUSA
      Robin Rosen-Evans, AFPD
      Bonita Holmes, USPO